UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PIERRE WEATHERSPOON | CIVIL ACTION |
| versus | NO. 10-4500 |
| N. BURL CAIN, WARDEN, LOUISIANA STATE PENITENTIARY | SECTION: "A" (3) |

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the petitioner's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Pierre Weatherspoon** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

September 9, 2011

_____
UNITED STATES DISTRICT JUDGE